# Court of Appeals
# of the State of Georgia

ATLANTA,___July 03, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A0528.  THE CITY OF LAGRANGE v. BLACKBURN et al.**

Upon consideration of Appellant's MOTION TO WITHDRAW APPEAL, the same is hereby GRANTED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 07/03/2014_____
        *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
        *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____, *Clerk.*